■ PUBLIC SERVICE MUTUAL INSURANCE COMPANY, Appellant, v ITT HARTFORD GROUP, INC., et al., Respondents, et al., Defendants. [703 NYS2d 431] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Doyle, J. (Appeal from Judgment of Supreme Court, Erie County, Doyle, J.—Declaratory Judgment.) Present—Green, J. P., Lawton, Wisner, Scudder and Balio, JJ.